**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JAMES VIRGIL COATS, JR. and**
**BRETT D. PHILLIPS**                                                              **PLAINTIFFS**

**V.**                                **No. 4:12-cv-00207 KGB/BD**

**JOSE ABISEID**                                                                   **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 20th day of June, 2012.

_____
Kristine G. Baker
United States District Judge